**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
WESTERN DIVISION**

GOVERNMENT EMPLOYEES INSURANCE COMPANY                                PLAINTIFF

VERSUS                          CIVIL ACTION NUMBER: 5:06cv170-DCB-JMR

DON SALTOU, HUBERT DUCKWORTH, and
PROGRESSIVE GULF INSURANCE COMPANY                                   DEFENDANTS

**FINAL JUDGMENT**

This cause having come before the Court on the plaintiff's Motion for Summary Judgment [docket entry no. 19], the Court having granted said Motion in the plaintiff's favor, and there being no further claims or issues pending before the Court; accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED,** this the  11th  day of March 2008.


                                        s/ David Bramlette
                                **UNITED STATES DISTRICT JUDGE**